**Appendix**

| Date of Statement | Alleged Misstatement | Reason(s) Not Well-Pled ||||
|---|---|---|---|---|---|
| | | Safe Harbor/ Forward-Looking | Failure To Plead Fraudulent Statement Of Opinion | Failure To Plead Fraudulent Statement Of Fact | Failure To Plead Scienter |
| 3/19/2018 | "We expect this transaction to be accretive on many important financial and credit metrics." ¶88 | x | x | | x |
| 3/19/2018 | "Fire Creek is a cornerstone producing asset with robust cash flows and significant opportunities for exploration, mine life expansion, and increased throughput." ¶88 | | | x | x |
| 3/19/2018 | "And we think that this is a huge step in that direction given the small amount of capital that these projects are going to require." ¶89 | x | x | | x |

1

| Date of Statement | Alleged Misstatement | Reason(s) Not Well-Pled ||||
|---|---|---|---|---|---|
| | | Safe Harbor/ Forward-Looking | Failure To Plead Fraudulent Statement Of Opinion | Failure To Plead Fraudulent Statement Of Fact | Failure To Plead Scienter |
| 3/19/2018 | "But all of this stuff is relatively small capital. That was one of the things that struck us is we can acquire this. Nevada itself will be cash flow positive for us. There is no capital outlay that we're looking to, in Nevada, that's going to consume all of the cash flow that will be generated from the three mines.<br><br>***<br><br>We would anticipate seeing that higher grade. But even if it's not, what we find with our mine plan is that we will, basically the downside is we get all of our money back.<br><br>***<br><br>And then from the get-go, the Nevada assets are going to be cash flow positive." ¶91 | X | X | | X |
| 5/10/2018 | "We saw three large, in this case, Nevada properties as big as those that we already have, and we saw extraordinary grades." ¶93 | | | X | X |
| 5/10/2018 | Item 303 disclosure. ¶¶97-98 | | | X | X |
| 7/23/2018 | "With this acquisition, Hecla now has three high-grade mines in Nevada…. These assets immediately add production and cash flow." ¶102 | X | X | X | X |

2

| Date of Statement | Alleged Misstatement | Reason(s) Not Well-Pled ||||
|---|---|---|---|---|---|
| | | Safe Harbor/ Forward -Looking | Failure To Plead Fraudulent Statement Of Opinion | Failure To Plead Fraudulent Statement Of Fact | Failure To Plead Scienter |
| 8/9/2018 | "We have now closed the acquisition of the high-grade Nevada mines, and are beginning their integration into Hecla…. Our plan is to operate the mines and mill as one unit, allocating the workforce and capital to generate margins and focus on profitability, not just on production for production's sake, Fire Creek has the best margin of the 3 mines by a considerable amount, so ramping it up is our priority." ¶105 | x | x | x | x |
| 8/9/2018 | "The Nevada assets are basically self-funding." ¶107 | x | x | | x |
| 8/9/2018 | "One is the expectation is this year that for the five months, it will be self-funding. We're not anticipating needing to contribute additional capital into it." ¶109 | x | x | | x |
| 8/9/2018 | Regarding Hatter Graben exploration permitting: "We've got everything we need." ¶111 | | | x | x |
| 8/9/2018 | The "margin" from the Nevada Mines "should not only improve our equity value, but also our credit metrics and the rating agencies are beginning to take notice of this as exemplified by our bond rating upgrade by S&P." ¶113 | x | x | | x |
| 8/9/2018 | Item 303 disclosure. ¶¶115-16 | | | x | x |

3

| Date of Statement | Alleged Misstatement | Reason(s) Not Well-Pled | | | |
|---|---|---|---|---|---|
| | | Safe Harbor/ Forward-Looking | Failure To Plead Fraudulent Statement Of Opinion | Failure To Plead Fraudulent Statement Of Fact | Failure To Plead Scienter |
| 11/8/2018 | "The mining of select high-grade zones has been moved from Q3 2018 into 2019 as the ore extended vertically farther than expected, and development is needed for full extraction of the ore panels." ¶119 | | | x | x |
| 11/8/2018 | "We encountered existing poor ground conditions, many development phases were in unconsolidated tuff, which is basically clay-rich, add a little bit of water and the conditions turned to mush." ¶121 | | | x | x |
| 11/8/2018 | "Our goal for Nevada operations is that the operations are cash-neutral." ¶121 | x | x | | x |
| 11/8/2018 | The Nevada Mines are "going to generate the cash flow necessary for it to do the ramp up of development in 2019." ¶123 | x | x | | x |
| 11/8/2018 | "We see Nevada being able to largely pay for the Hatter Graben, to pay for the development within Fire Creek. We think we can run it pretty close to cash flow neutral." ¶123 | x | x | | x |
| 11/8/2018 | Item 303 disclosure. ¶¶126-27 | | | x | x |
| 12/4/2018 | "There's no major capital expenditures that we can't fund out of the Nevada operations." ¶129 | x | x | | x |

| Date of Statement | Alleged Misstatement | Reason(s) Not Well-Pled ||||
|---|---|---|---|---|---|
| | | Safe Harbor/ Forward-Looking | Failure To Plead Fraudulent Statement Of Opinion | Failure To Plead Fraudulent Statement Of Fact | Failure To Plead Scienter |
| 2/14/2019 | "Underground drilling at Fire Creek is identifying extensions to the Vonnie, Joyce, Karen and Honey Runner high-grade veins/structures in the Spiral 2, 3 and 4 areas" and "the drill targeting the southern up-dip extents of the Vonnie, Vein 6, Joyce, and Vein 8 has defined multiple narrow, gold-bearing structures that persist into the upper extents of the Spiral 4 area." ¶136 | | | x | x |
| 2/21/2019 | "[W]hat we've said is, is that the operations will be cash flow positive with exception of the exploration and the development for the Hatter Graben. So when you look at -- and so basically we're saying that we're right at positive cash flow from Nevada." ¶138 | x | x | | x |
| 2/21/2019 | "We expect in 2019, the Nevada mining operations will be cash flow positive." ¶138 | x | x | | x |
| 2/21/2019 | "We're looking at a bit more of a mobile dewatering plant, so that we're not managing the water underground." ¶140 | | | x | x |
| 2/22/2019 | Item 303 disclosure. ¶143 | | | x | x |
| 4/18/2019 | "A minor amendment to the water discharge permit for Fire Creek is expected in the second quarter which should enable a higher discharge rate." ¶145 | x | x | | x |

5