UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ROBERT GLUCK ET AL.,

                       Plaintiffs,

           -against-

HECLA MINING COMPANY ET AL.,

                  Defendants.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 4, 2022

19-cv-4883 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court acknowledges the pending motion to dismiss in this case and has taken it under advisement. The Court declines to consider a motion for a lifting of the stay of discovery at this juncture as the motion to dismiss is under review.

**SO ORDERED.**

Dated:    **October 4, 2022**
           **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**