USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/27/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GLUCK, EMMA GLUCK and SARA GLUCK, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>HECLA MINING COMPANY, PHILLIPS S. BAKER, JR., LINDSAY A. HALL, LAWRENCE P. RADFORD, and DEAN W.A. MCDONALD,<br><br>        Defendants. | Case No.: 19-cv-4883 (ALC)<br><br>(Consolidated with Case No.: 19-cv-5719 (ALC))<br><br>[PROPOSED] JUDGMENT |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024 (ECF No. 141) Defendants' motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6) is granted; accordingly, the case is closed.

Dated: New York, New York
~~October ___, 2024~~
**November 27, 2024**

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE